IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01791-PAB-MEH

NATIONAL FIRE & MARINE INSURANCE COMPANY,
a Nebraska corporation,

    Plaintiff,

v.

ZURICH SPECIALITIES LONDON LIMITED,
a foreign company,

    Defendant.

## ORDER OF RECUSAL

    This matter is before me on review of the file. Through its Disclosure Statement [docket # 16], plaintiff National Fire & Marine Insurance Company indicated that it is a wholly-owned indirect subsidiary of Berkshire Hathaway Inc., a company in which I own shares of stock. Pursuant to Canon 3C(3)(c) of the Code of Conduct for United States Judges and 28 U.S.C. § 455, it would be inappropriate for me to preside over this case. Accordingly, I will recuse myself. It is therefore

    ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

    DATED February 19, 2009.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge