IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01791-PAB-MEH

NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation,

    Plaintiff,

v.

ZURICH SPECIALTIES LONDON LIMITED, a foreign company,

    Defendant.

## ORDER ON MOTION TO STAY

Before the Court is Defendant's Motion to Stay [filed January 29, 2009; docket #10]. This matter has been referred to this Court for resolution [docket #13]. Oral argument would not materially assist the Court in adjudicating this motion. For the reasons stated below, the Court **denies** the Motion to Stay.

This is an insurance coverage case. Plaintiff filed this declaratory action on the theory that Defendant breached its duty to defend Central Park Townhomes, LLC and Fairfield Construction Company, Inc. (collectively, the "Insureds") in a Colorado state court lawsuit captioned *Central Park Townhomes Condominium Association, Inc. v. Central Park Townhomes, LLC*, Eighteenth Judicial District Court, Arapahoe County, Case No. 2006 CV 4013 (the "Underlying Action"). Both Plaintiff and Defendant issued liability policies to the Insureds, but for different time periods. The Insureds were sued and tendered the lawsuit to Plaintiff and Defendant. Plaintiff accepted the tender and defended the Insureds in the lawsuit, and Defendant did not. A judgment was entered against the Insureds, and Plaintiff resolved its legal obligations through a settlement with the Insureds and others. Plaintiff now seeks to have Defendant share the burden.

Some of the underlying state litigation is still pending. Defendant's concern as it relates to that litigation and this present lawsuit is as follows:

> [T]here is a risk of inconsistent judicial determinations because there is a potential that one court will determine that Zurich Specialties had a duty to defend and the other will determine Zurich Specialties did not. Furthermore, even if both courts conclude that Zurich Specialties had a duty to defend, they may still enter differing damages awards.

Motion for Stay, at 4. The Court does not believe the discovery process will be significantly affected by the pendency of the state court matters. The problem of inconsistent judgments or damages awards can be addressed at a later date in this case. In the event that, at the time of the pretrial order in this case, the state court litigation is not resolved, the Court would entertain a motion by Defendant for such relief as is necessary to protect its interests. Therefore, this order is without prejudice to filing for similar relief at a more appropriate time.

Accordingly, for the reasons stated above, it is hereby ORDERED that Defendant's Motion to Stay [filed January 29, 2009; docket #10] is **denied**.

Dated at Denver, Colorado, this 13th day of March, 2009.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge