IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01791-DME-MEH

NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation,

Plaintiff,

v.

ZURICH SPECIALTIES LONDON LIMITED, a foreign company,

Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 7, 2009.**

The parties informed the Court that the following matter is resolved. Accordingly, the hearing set for December 7, 2009, at 10:00 a.m. is hereby **vacated**. Plaintiff's Motion to Enforce Settlement Agreement [filed November 23, 2009; docket #52] is **denied as moot**. The parties shall file dismissal papers on or before **December 31, 2009**.