# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action Number 08-cv-01791-DME- MEH

NATIONAL FIRE & MARINE INSURANCE COMPANY,
a Nebraska corporation,

       Plaintiff,

v.

ZURICH SPECIALTIES LONDON, LIMITED,
a foreign corporation,

       Defendant.

## ORDER RE: STIPULATED MOTION TO DISMISS WITH PREJUDICE

       This matter, having come before the Court on the parties' Stipulated Motion to Dismiss With Prejudice ("Stipulated Dismissal"), and the Court being fully informed of the premises thereof, does HEREBY GRANT the Stipulated Dismissal.

       The Court further ORDERS that:

       (1)    All claims raised in this case are dismissed with prejudice;

       (2)    This case is hereby dismissed with prejudice; and

       (3)    Each party shall bear its own attorneys' fees and costs.

       DONE AND SIGNED this  5th  day of  January , 2010.

                                     BY THE COURT:

                                     *s/ David M. Ebel*

                                     U. S. Circuit Court Judge